UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*Electronically Filed*

| | | |
|---|---|---|
| NANCY SIEGEL | ) | |
|     PLAINTIFF | ) | Civil Action No. 3:08-CV-429-S |
| | ) | |
| v. | ) | |
| | ) | |
| FISHER & PAYKEL APPLIANCES | ) | |
| HOLDINGS LTD., ET AL. | ) | |
| | ) | |
|     DEFENDANTS/THIRD-PARTY | ) | |
|     PLAINTIFFS | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BURNER SYSTEMS INTERNATIONAL, INC. | ) | |

SERVE:  Corporate Secretary
            Burner Systems International, Inc.
            3600 Cummings Road
            Chattanooga, TN  37419

THRU:  Office of the Secretary of State
            Summonses Branch
            700 Capital Avenue, Suite 86
            Frankfort, KY  40601

and

APPLIANCE CONTROLS GROUP, INC.

SERVE:  Corporate Secretary
            Appliance Controls Group Holdings
            1833 Centre Point Circle
            Suite 103
            Naperville, IL  60563

THRU:  Office of the Secretary of State
            Summonses Branch
            700 Capital Avenue, Suite 86
            Frankfort, KY  40601

    THIRD-PARTY DEFENDANTS

# **THIRD-PARTY COMPLAINT**

\* \* \* \* \*

Come now the defendants/third-party plaintiffs, Fisher & Paykel Appliances Holdings Ltd. and Dynamic Cooking Systems, Inc., by counsel, and for their third-party complaint against Burner Systems International, Inc. and Appliance Controls Group, Inc. state as follows:

1. Third-party defendant Burner Systems International, Inc. is a Delaware Corporation with its principal place of business in Tennessee.

2. Third-party defendant Appliance Controls Group, Inc. is a Delaware Corporation with its principal place of business in Illinois.

3. Neither third-party defendant is a citizen of Kentucky or California. Thus, joining the third-party defendants to this action will not defeat the Court's subject-matter jurisdiction.

4. Both third-party defendants design, manufacture, and sell gas regulators and other products and place these products in the stream of commerce.

5. The third-party defendants' products are regularly distributed to and sold in Kentucky. Thus, both third-party defendants systematically and continuously transact business in Kentucky and have, thereby, subjected themselves to jurisdiction in Kentucky.

6. Plaintiff Nancy Siegel filed this product-liability action against defendants/third-party plaintiffs Fisher & Paykel Appliances Holdings Ltd. and Dynamic Cooking Systems, Inc. A copy of Siegel's complaint is attached.

7. Siegel's claims arise out of a fire involving a gas range.

8. Siegel alleges that defendants/third-party plaintiffs Fisher & Paykel Appliances Holdings Ltd. and Dynamic Cooking Systems, Inc. designed, manufactured, and sold the subject gas range in a defective condition.

9. Siegel alleges strict-liability, negligence, breach-of-warranty, and punitive-damage claims against Fisher & Paykel Appliances Holdings Ltd. and Dynamic Cooking Systems, Inc. in relation to the fire involving the range.

10. Third-party defendant Burner Systems International, Inc. designed, manufactured, and sold a component part (gas regulator) that was used in the subject range.

11. If plaintiff Siegel sustained damages as the result of a defect in the gas regulator, as she alleges, as the designer, manufacturer, and seller of the gas regulator, Burner Systems International, Inc.'s actions were active and primary such that Fisher & Paykel Appliances Holdings Ltd. and Dynamic Cooking Systems, Inc. are entitled to indemnity from Burner Systems International, Inc. in the event of a finding against Fisher & Paykel Appliances Holdings Ltd. or Dynamic Cooking Systems, Inc. on any of plaintiff Siegel's claims.

12. Third-party defendant Appliance Controls Group, Inc. designed, manufactured, and sold the gas regulator at issue in this case.

13. If plaintiff Siegel sustained damages as the result of a defect in the gas regulator, as she alleges, as the designer, manufacturer, and seller of the gas regulator, Appliance Controls Group, Inc.'s actions were active and primary such that Fisher & Paykel Appliances Holdings Ltd. and Dynamic Cooking Systems, Inc. are entitled to indemnity from Appliance Controls Group, Inc. in the event of a finding against Fisher & Paykel Appliances Holdings Ltd. or Dynamic Cooking Systems, Inc. on any of plaintiff Siegel's claims.

14. Third-party defendant Burner Systems International, Inc. purchased the assets of third-party defendant Appliance Controls Group, Inc. and assumed Appliance Controls Group, Inc.'s liability for the gas regulator, if any, including Appliance Groups Inc.'s liability to indemnify Fisher & Paykel Appliances Holdings Ltd. or Dynamic Cooking Systems, Inc. against plaintiff Siegel's claims herein.

WHEREFORE, defendants/third-party plaintiffs Fisher & Paykel Appliances Holdings Ltd. and Dynamic Cooking Systems, Inc., by counsel, demand judgment for indemnity against third-party defendants Burner Systems International, Inc. and Appliance Controls Group, Inc., for their costs herein expended, and for all other and proper relief to which they may be entitled, including trial by jury of any issue so triable.

BOEHL STOPHER & GRAVES, LLP

/s/ Robert E. Stopher
Robert E. Stopher
Robert D. Bobrow
AEGON Center, Suite 2300
400 West Market Street
Louisville, KY 40202
Phone:  (502) 589-5980
Fax:  (502) 561-9400
COUNSEL FOR DEFENDANTS,
FISHER & PAYKEL APPLIANCES
HOLDINGS LTD. AND DYNAMIC
COOKING SYSTEMS, INC.

CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May, 2009, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Mr. J. Robert Shelton
SALES TILLMAN WALLBAUM CATLETT & SATTERLEY, PLLC
1900 Waterfront Plaza
325 West Main Street
Louisville, KY  40202

Mr. Alfred A. Olinde, Jr.
REASONOVER AND OLINDE, LLC
400 Poydras Street, Suite 1980
New Orleans, LA  70130

/s/ Robert E. Stopher
Robert E. Stopher
Robert D. Bobrow
Counsel for Defendants, Fisher & Paykel
Appliances Holdings Ltd. and Dynamic
Cooking Systems, Inc.
BOEHL STOPHER & GRAVES, LLP
AEGON Center, Suite 2300
400 West Market Street
Louisville, KY 40202
Phone:  (502) 589-5980
Fax:  (502) 561-9400
rstopher@bsg-law.com