UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| NANCY SIEGEL | PLAINTIFF |
| V. | NO. 3:08CV-00429-S |
| KENTUCKY FARM BUREAU MUTUAL INSURANCE COMPANY | INTERVENOR PLAINTIFF |
| V. | |
| FISHER & PAYKEL APPLIANCES HOLDINGS LTD., et al. | DEFENDANTS/THIRD-PARTY PLAINTIFFS |
| v. | |
| BURNER SYSTEMS INTERNATIONAL, INC. | THIRD-PARTY DEFENDANTS |

### ORDER

Third-party defendant, Burner Systems International, Inc. ("Burner Systems") has filed a motion for summary judgment of the defendants' claim for indemnity (docket no. 83). Having considered the motion and the responses of all parties thereto, being otherwise sufficiently advised, and for the reasons stated in the court's memorandum opinion entered concurrently with this order,

**IT IS HEREBY ORDERED** that Burner Systems' motion is **GRANTED** and defendants' third-party claim for indemnity is **DISMISSED WITH PREJUDICE.**

DATE: July 26, 2010

*James D. Moyer*
**James D. Moyer**
**United States Magistrate Judge**

cc:   counsel of record